ALBERTO SUTERA, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SANTO SUTERA, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MICHAEL ROSSO, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES H. BOURNE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NATHAN KUSHLOWITZ, Respondent, v. DAVID BLUM, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DORIS SHIELDS, Respondent, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, and JOSEPH GEIS, Respondent.—Appeals dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELIZABETH I. WAITE, as Administratrix, etc., of ALVIN W. WAITE, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LIBBIE HYMAN, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Plaintiff's exceptions overruled, motion for new trial denied and judgment directed to be entered in favor of the defendant upon the nonsuit for failure of the plaintiff to file and serve the printed papers on the motion. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MAX HYMAN, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Plaintiff's exceptions overruled, motion for new trial denied and judgment directed to be entered in favor of the defendant upon the nonsuit for failure of the plaintiff to file and serve the printed papers on the motion. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANGELINO J. GARGARO, an Infant, etc., Appellant, v. NEW YORK STATE RAILWAYS and Others, Respondents.— Plaintiff's exceptions overruled, motion for new trial denied and judgment directed to be entered in favor of the defendants upon the nonsuit, with costs, for failure of the plaintiff to file and serve the printed papers on the motion. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ERNEST E. ELWELL, Appellant, v. FOOTE COMPANY, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Respondent, v. CHARLES C. TERESI, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CITY OF ROCHESTER, Respondent, v. CRITTENDEN PARK RIDING ACADEMY, INCORPORATED, Appellant.—Appeal dismissed unless ready for argument Novem-